ROBERT J. ROSATI, #112006
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Telefax:  (559) 256-9791
robert@erisalg.com

Attorneys for Plaintiff, GORDON GILDROY


CHRISTOPHER J. BOMAN, #198798
CALLAN G. CARTER, #169906
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Telefax: (949) 851-0152
cboman@laborlawyers.com
ccarter@laborlawyers.com

Attorneys for Defendant, TRINET EMPLOYEE
BENEFIT INSURANCE PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON GILDROY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRINET EMPLOYEE BENEFIT INSURANCE PLAN, an ERISA welfare benefits plan,<br><br>　　　　　　　Defendant. | CASE NO.  CV-10-3389-EMC<br><br>**JOINT STIPULATION REGARDING DATE CERTAIN FOR SERVICE AND RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER** |

　　　　Plaintiff, GORDON GILDROY ("Plaintiff") and Defendant TRINET EMPLOYEE BENEFIT INSURANCE PLAN ("Defendant") hereby agree and stipulate as follows:

　　　　1.　　On or About August 10, 2010, Plaintiff attempted service on Defendant;

---

1      2.    Defendant contests that service has been effectuated by Plaintiff;

2      3.    Defendant agrees to accept service as of Friday, September 24, 2010;

3      4.    Defendant shall file a responsive pleading on or before October 15, 2010; and,

4      5.    Defendant's execution of this stipulation does not constitute a general appearance.

Date: September 2, 2010

/s/ *Robert J. Rosati*
ROBERT J. ROSATI, #112006
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Telefax: (559) 256-9791
Email: robert@erisalg.com

Attorneys for Plaintiff,
GORDON GILDROY

Date: September 2, 2010

/s/ *Christopher J. Boman*
CHRISTOPHER J. BOMAN, #198798
CALLAN G. CARTER, #169906
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Telefax: (949) 851-0152
cboman@laborlawyers.com
ccarter@laborlawyers.com

Attorneys for Defendant,
TRINET EMPLOYEE BENEFIT
INSURANCE PLAN

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that Defendant's response to Plaintiff's complaint is due on or before October 15, 2010.

Date: 9/3 , 2010

IT IS SO ORDERED

_____
EDWARD M. CHEN
Judge Edward M. Chen

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
COUNTY OF FRESNO   )   ss.

I, VALERIE TAYLOR, certify and declare as follows:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 2055 San Joaquin Street, Fresno, California 93721, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United Stated Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 2, 2010, at my place of business in Fresno, California, I served the within **STIPULATION REGARDING DATE CERTAIN FOR SERVICE AND RESPONSIVE PLEADING DEADLINE; [PROPOSED] ORDER** as follows:

[ ]   by personal delivery of a true copy thereof

[X]   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States at Fresno, California

[X]   by electronic mail of a true copy thereof

addressed as follows:

Mr. Christopher J. Boman, Esq.
Mr. Callan G. Carter, Esq.
Fisher & Phillips LLP
2050 Main Street, Suite 1000
Irvine, California 92614
*<cboman@laborlawyers.com>*
*<ccarter@laborlawyers.com>*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 2, 2010, at Fresno, California.

　　　　　　　　　　　/s/ *Valerie Taylor*
　　　　　　　　　　　VALERIE TAYLOR