1  ROBERT J. ROSATI, No. 112006
   ERISA Law Group, LLP
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone: (559) 256-9800
   Telefax: (559) 256-9791
4  robert@erisalg.com

5  Attorneys for Plaintiff, Gordon Gildroy

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON GILDROY, an individual, | CASE NO. CV-10-3389-EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** ; |
| v. | ORDER RESETTING CMC |
| TRINET EMPLOYEE BENEFIT INSURANCE PLAN, an ERISA welfare benefits plan, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Plaintiff, GORDON GILDROY, and Defendant, TRINET EMPLOYEE BENEFIT INSURANCE PLAN, have settled the above referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon execution of said settlement agreement, in no more than 45 days from the date of this notice. Please vacate all currently scheduled dates, in particular the Case Management Conference currently scheduled for November 17, 2010, at 1:30 p.m., in Courtroom C.

///

NOTICE OF SETTLEMENT
1

1
2  Date:   November 4, 2010                             /s/   *Robert J. Rosati*
                                                      ROBERT J. ROSATI, No. 112006
3                                                     ERISA Law Group, LLP
                                                      2055 San Joaquin Street
4                                                     Fresno, California 93721
                                                      Telephone:  (559) 256-9800
5                                                     Telefax:  (559) 256-9791
                                                      robert@erisalg.com
6
                                                      Attorneys for Plaintiff,
7                                                     GORDON GILDROY

8

9  IT IS SO ORDERED that the case management conference set for 11/17/10 at 1:30 p.m.
   is reset for 2/2/11 at 1:30 p.m.  A joint cmc statement shall be filed by 1/26/11.  The 2/2/11
10 hearing will be off calendar once a stipulation of dismissal is filed.

11

12 _____
   Edward M. Chen
13 U.S. Magistrate Judge



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF SETTLEMENT

2

# CERTIFICATE OF SERVICE

I, Thornton Davidson, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF SETTLEMENT** on November 4, 2010, has been served via ECF upon the following:

Mr. Christopher J. Boman, Esq.
Mr. Callan G. Carter, Esq.
Fisher & Phillips LLP
2050 Main Street, Suite 1000
Irvine, California 92614
<cboman@laborlawyers.com>
<ccarter@laborlawyers.com>

Attorneys for Defendant**,**
TRINET EMPLOYEE BENEFIT
INSURANCE PLAN, an ERISA
welfare benefits plan

Date:   November 4, 2010

/s/   *Robert J. Rosati*
ROBERT J. ROSATI, No. 112006
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Telefax:  (559) 256-9791
robert@erisalg.com

Attorneys for Plaintiff,
GORDON GILDROY