ROBERT J. ROSATI, No. 112006
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Telefax: (559) 256-9791
robert@erisalg.com

Attorneys for Plaintiff, Gordon Gildroy

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON GILDROY, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>TRINET EMPLOYEE BENEFIT INSURANCE PLAN, an ERISA welfare benefits plan,<br><br>               Defendant. | CASE NO. 10-CV-3389-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff, GORDON GILDROY and Defendant, TRINET EMPLOYEE BENEFIT INSURANCE PLAN that the Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

///

///

---

| | | |
|---|---|---|
| 1 | | ERISA LAW GROUP, LLP |
| 2 | Date:  December 22, 2010 | /s/  *Robert J. Rosati* |
| | | ROBERT J. ROSATI, No. 112006 |
| 3 | | ERISA Law Group, LLP |
| | | 2055 San Joaquin Street |
| 4 | | Fresno, California 93721 |
| | | Telephone:  (559) 256-9800 |
| 5 | | Telefax:  (559) 256-9791 |
| | | robert@erisalg.com |
| 6 | | |
| | | Attorneys for Plaintiff, |
| 7 | | GORDON GILDROY |

<br>

FISHER & PHILLIPS LLP

Date:  December 22, 2010    /s/  *Christopher J. Boman*
Christopher J. Boman, No. 198798
Callan G. Carter, No. 169906
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: 949-851-2424
Telefax: 949-851-0152
cboman@laborlawyers.com
ccarter@laborlawyers.com

Attorneys for Defendant**,**
TRINET EMPLOYEE BENEFIT
INSURANCE PLAN, an ERISA
welfare benefits plan

**IT IS SO ORDERED.**

Dated: _____1/6/11_____                    _____
HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)
CASE NO. 10-CV-3389-EMC
2